```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
FENDI ADELE S.R.L., FENDI S.R.L., and            :
FENDI NORTH AMERICA, INC.                        :
                                                 :
                              Plaintiffs,        :   06 Civ. 0085 (LBS) (MHD)
                                                 :   ECF CASE
       - against -                               :
                                                 :
BURLINGTON COAT FACTORY WAREHOUSE                :
CORPORATION and COHOES FASHIONS, INC.,           :
                                                 :
                              Defendants.        :
-----------------------------------------------------------------X
BURLINGTON COAT FACTORY WAREHOUSE                :
CORPORATION AND COHOES FASHIONS, INC.            :
                                                 :
                Defendants/Third-Party Plaintiffs,:
                                                 :
       - against -                               :
                                                 :
546332 BC LTD., D/B/A COLTON INTERNATIONAL,      :
SUMMIT RESOURCE IMPORTS LLC,                     :
EURO MODA, INC., MODA OGGI, INC., and            :
ASHLEY REED TRADING, INC.,                       :
                                                 :
                       Third-Party Defendants.   :
-----------------------------------------------------------------X
```

**APPENDIX TO DEFENDANTS BURLINGTON COAT FACTORY WAREHOUSE CORPORATION AND COHOES FASHIONS, INC.'S OFFER OF PROOF PURSUANT TO FEDERAL RULE OF EVIDENCE 103(b) AND PRE-HEARING MEMORANDUM**

BAINTON MCCARTHY LLC
Attorneys for Defendants and Third-Party Plaintiffs
Burlington Coat Factory Warehouse Corp. and Cohoes Fashions, Inc.
26 Broadway, Suite 2400
New York, New York 10004-1840
Tel.: 212.480.3500
Fax: 212.480.9557