```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

FENDI ADELE S.R.L., FENDI S.R.L.,    :
and FENDI NORTH AMERICA, INC.,
                                     :
                Plaintiffs,              REPORT & RECOMMENDATION
                                     :
        -against-                        06 Civ. 0085 (LAP)(MHD)
                                     :
BURLINGTON COAT FACTORY WAREHOUSE
CORP. and COHOES FASHIONS, INC.,     :

                Defendants.          :
------------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:


   Defendants Burlington Coat Factory Warehouse Corp. and Cohoes Fashions, Inc. moved on January 29, 2014 to amend in limited respects the Amended Judgment entered on February 13, 2010 (Dkt. No. 326) and the Order entered on August 4, 2010 (Dkt. No. 354). By letter dated March 5, 2014, the parties have informed us that plaintiffs take no position with respect to the motion. (See March 5, 2014 letter of Peter N. Kessler, Esq.). Given this posture and our review of defendants' application -- which seeks a modification of their training obligations -- we recommend that defendants' motion be granted and that the court sign the related Order (Dkt. No. 396-2).

Pursuant to Rule 72 of the Federal Rules of Civil Procedure, the parties shall have fourteen (14) days from this date to file written objections to this Report and Recommendation. Such objections shall be filed with the Clerk of the Court and served on all adversaries, with extra copies to be delivered to the chambers of the Honorable Loretta A. Preska, Room 2220, and to the chambers of the undersigned, Room 1670, 500 Pearl Street, New York, New York 10007-1312. Failure to file timely objections may constitute a waiver of those objections both in the District Court and on later appeal to the United States Court of Appeals. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72, 6(a), 6(e); Thomas v. Arn, 470 U.S. 140, 150-52 (1985); Small v. Sec'y of Health & Human Servs., 892 F.2d 15, 16 (2d Cir. 1989).

Dated: **New York, New York**
       **March 6, 2014**

SO ORDERED.

_____
**MICHAEL H. DOLINGER**
**UNITED STATES MAGISTRATE JUDGE**

Copies of the foregoing Order have been sent today to:

Richard L. Mattiaccio, Esq.
Victor Genecin, Esq.
Steven Skulnik, Esq.
Squire, Sanders & Dempsey, LLP
Fax: (212) 872-9815

Peter N. Kessler, Esq.
Spector Gadon & Rosen, P.C.
Fax: (214) 241-8844