```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
                               :
FENDI ADELE S.R.L., FENDI      :
S.R.L, and FENDI NORTH         :
AMERICA, INC.,                 :   06 Civ. 85 (LAP)(MHD)
                               :
                               :           ORDER
          Plaintiffs,          :
                               :
     v.                        :
                               :
BURLINGTON COAT FACTORY        :
WAREHOUSE CORP. and COHOES     :
FASHIONS, INC.,                :
                               :
          Defendants.          :
                               :
-------------------------------X
```

LORETTA A. PRESKA, Chief United States District Judge:

The Court hereby ADOPTS Magistrate Judge Dolinger's Report and Recommendation [dkt. no. 402] dated March 6, 2014.

SO ORDERED.

Dated:   New York, New York
         April 13, 2014

_____
LORETTA A. PRESKA
Chief United States District Judge

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: 4-14-14]